# 11-70024

**2255, CLOSED**

DEATH PENALTY CASE

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00223

Bourgeois v. United States Of America DO NOT DOCKET IN THIS CASE. ALL FUTURE PLEADING SHOULD BE FILED IN 2:02cr216.
Assigned to: Judge Janis Graham Jack
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Cases in other court: None
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 5/14/2007
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

-----------------------

**Alfred Bourgeois**

represented by **Michael Wiseman**
Office of the Federal Public Defender
601 Walnut Street
The Curtis Center, Suite 545
Philadelphia, PA 19106
US
215-928-0520
Fax: 215-928-0826
Email: Michael_Wiseman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

-----------------------

**United States Of America**

represented by **James L Turner**
US Attorneys Office
919 Milam
Suite 1500
Houston, TX 77002
713-567-9361
Fax: 713-718-3302
Email: jim.turner@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 5/14/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) by Alfred Bourgeois, filed. Motion Docket Date 6/4/2007. (amireles, ) (Entered: 5/17/2007) |
| 5/14/2007 | 2 2 2 2 | APPENDIX re: [1] MOTION to Vacate, Set Aside or Correct Sentence (2255) by Alfred Bourgeois, filed. (Attachments: # (1) Appendix Volume I# (2) Appendix Volume II# (3) Appendix Volume III)(amireles, ) (Entered: 5/17/2007) |
| 6/4/2007 | 3 | MOTION To File Memorandum in Support of Motion by Alfred Bourgeois, filed. Motion Docket Date 6/25/2007. (Wiseman, Michael) (Entered: 6/4/2007) |
| 8/6/2008 | 4 4 | MOTION for Extension of Time to Respond to Government's Motion Seeking Order for Affidavit from Defense Counsel by Alfred Bourgeois, filed. Motion Docket Date 8/26/2008. (Attachments: # (1) Proposed Order)(Wiseman, Michael) (Entered: 8/6/2008) |
| 5/19/2011 | 5 5 5 5 5 5 5 | MEMORANDUM AND ORDER. The Court DENIES Bourgeois Motion to Vacate, DENIES WITHOUT PREJUDICE any outstanding motions, and DISMISSES this case. The Court will not certify any issue for consideration by the appellate court.(Signed by Judge Janis Graham Jack) (Attachments: # (1) Continuation pgs 41-80, # (2) Continuation pgs 81-120, # (3) Continuation pgs 121-160, # (4) Continuation pgs 161-200, # (5) Continuation pgs 201-225) Parties notified.(mserpa, ) (Entered: 6/2/2011) |
| 5/19/2011 | 6 | FINAL JUDGMENT.(Signed by Judge Janis Graham Jack) Parties notified. (mserpa, ) (Entered: 6/2/2011) |
| 5/26/2011 | 7 | ORDER re: [5].(Signed by Judge Janis Graham Jack) Parties notified.(mserpa, ) (Entered: 6/2/2011) |
| 6/16/2011 | 8 | MOTION to Alter Judgment by Alfred Bourgeois, filed. Motion Docket Date 7/7/2011. (Wiseman, Michael) (Entered: 6/16/2011) |
| 6/17/2011 | 9 | ORDER denying [8] Motion to Alter Judgment.(Signed by Judge Janis Graham Jack) Parties notified.(mserpa, ) (Entered: 6/17/2011) |