**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

**TRANSCRIPT ORDER**

| District Court | District Court Docket Number |
|---|---|
| Southern District of Texas (Corpus Christi) | 2:02-cr-00216 |

Short Case Title USA v. Bourgeois     Court Reporter Velma Gano

Date Notice of Appeal Filed by Clerk of District Court 08/15/2011    Court of Appeals # 04-40410

*(If Available)*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office

☒ This is to order a transcript of the following proceedings: *(check appropriate box)*

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;

Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;

Jury instructions ☐; Sentencing ☐; Bail hearing ☐; 2255 Proceeding ☒

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 03/19/2008 – Telephone Conference 2255 (ALREADY FILED) | | Judge Janis Graham Jack |
| 10/30/2008 – Telephone Conference " (ALREADY FILED) | | " |
| 09/09/2009 – Telephone Conference " (ALREADY FILED) | | " |

(See Attached Sheet)

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☒ Other IFP Funds;

☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;

☐ Other _____

Signature _____ Date Transcript Ordered 08/29/2011

Print Name Victor Abreu, Esquire    Counsel for Alfred Bourgeois

Address 601 Walnut St., Suite 545W, Phila., PA 19106    Telephone 215-928-0520

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____

*\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages     _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96)

| HEARING DATES | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 11/24/2009 - Ex Parte Hearing (Audio) | 2255 | Judge Janis Graham Jack |
| 12/14/2009 - Telephone Conference (Audio) | " | " |
| 04/20/2010 - Hearing | ALREADY FILED " | " |
| 05/06/2010 - Telephone Conference | ALREADY FILED | " |
| 06/07/2010 - Telephone Conference | ALREADY FILED | " |
| 06/09/2010 - Motion Hearing | ALREADY FILED | " |
| 09/10/2010 - Evidentiary Hearing | ALREADY FILED | " |
| 09/20 to 09/24/2010 - Evidentiary Hearing | ALREADY FILED | " |
| 09/24/2010 - Evidentiary Hearing | ALREADY FILED | " |
| 12/01/2010 - Telephone Conference | ALREADY FILED | " |
| 12/06/2010 - Telephone Conference | " | " |
| 01/13/2011 - Evidentiary Hearing/Argument | ALREADY FILED | " |
| 08/28/2008 - Telephone Conference | ALREADY FILED | " |

**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Southern District of Texas (Corpus Christi) | 2:02-cr-00216 |

Short Case Title USA v. Bourgeois     Court Reporter Esquire Services

Date Notice of Appeal Filed by Clerk of District Court 08/15/2011    Court of Appeals # 04-40410
_(If Available)_

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐; 2255 Proceeding [x]

| HEARING DATE(S) | PROCEEDING | | JUDGE/MAGISTRATE |
|---|---|---|---|
| 09/10/2010 – Estrada Deposition | 2255-Depo admitted as hearing exhibit 9/20/10 | Judge Janis Graham Jack |
| 10/28/2010 – Oliver/Schenk Deposition | ALREADY FILED | " |
| 11/10/2010 – Price Deposition | ALREADY FILED | " |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☒ Other IFP Funds;
☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
☐ Other _____

Signature _____ Date Transcript Ordered 08/29/2011

Print Name Victor Abreu, Esquire     Counsel for Alfred Bourgeois

Address 601 Walnut St., Suite 545W, Phila., PA 19106    Telephone 215-928-0520

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**    COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____
*** Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages     _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96)

READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Southern District of Texas (Corpus Christi) | 2:02-cr-00216 |

Short Case Title USA v. Bourgeois          Court Reporter Anne E. Fogarty

Date Notice of Appeal Filed by Clerk of District Court 08/15/2011     Court of Appeals # 04-40410
                                                                              *(If Available)*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
   ☐ No hearings
   ☐ Transcript is unnecessary for appeal purposes
   ☐ Transcript is already on file in Clerk's office
   ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*
      Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
      Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
      Jury instructions ☐; Sentencing ☐; Bail hearing ☐; 2255 Proceeding ☒

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 01/10/2011 - Leestma Deposition | 2255-Depo | Judge Janis Graham Jack |
| ALREADY FILED | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED,
OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT,
ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
      ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of
      CJA Form 24 to court reporter's copy)*; ☒ Other IFP Funds;
      ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
      ☐ Other _____

Signature *(signature)*                     Date Transcript Ordered 08/29/2011

Print Name Victor Abreu, Esquire                     Counsel for Alfred Bourgeois

Address 601 Walnut St., Suite 545W, Phila., PA 19106     Telephone 215-928-0520

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**     COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date ✱ | Estimated number of pages |
|---|---|---|---|
| | | | |

   ☐ Satisfactory Arrangements for payment were made on _____
   ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to
      contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____
✱ *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

**PART III.**     NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96)