# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 21, 2011

Tape - Velma Gano
U.S. District Court
Southern District of Texas
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

  No. 11-70024,  USA v. Alfred Bourgeois
  USDC No. 2:07-CV-223
  USDC No. 2:02-CR-216

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case.  We assume that the appellant has made the necessary financial arrangements for preparing the transcript.  You have 30 days from the date we received the purchase order to file the transcript with the district court clerk.  We will adjust this time only in the event financial arrangements are not complete.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Monica R. Washington, Deputy Clerk
    504-310-7705

Enclosure(s)

cc: Mr. Victor J. Abreu
  Mr. James Lee Turner
  Mr. Michael Wiseman