

**Re: 11-70024**

Victor Abreu    to: Monica R Washington                                    09/29/2011 02:11 PM

From:       Victor Abreu/PAEG/03/FDO@FDO
To:         Monica R Washington/CA05/05/USCOURTS@USCOURTS@USCEXT

Hi Ms. Washington. It was good to finally speak with you! This is to confirm that the sealed transcript dated 11/24/09 is not necessary for the appeal. It was inadvertently included on the transcript request form and I apologize for the confusion.

Thank you,

Victor J. Abreu
Counsel for Appellant/Petitioner
Alfred Bourgeois

---

Monica R Washington      Per your request. Respectfully,                    09/29/2011 02:58 PM EDT

From:       Monica R Washington
To:         Victor Abreu
Cc:
Date:       09/29/2011 02:58 PM EDT
Subject:    11-70024

---

Per your request.

Respectfully,
Monica R. Washington
Death Penalty Clerk
504-310-7705

U.S. 5th Circuit Court of Appeals
504.310.7705