No. 11-70024

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

ALFRED BOURGEOIS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the Southern District of Texas

_____

**APPELLANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR FILING HIS APPLICATION FOR A CERTIFICATE OF
APPEALABILITY AND SUPPORTING BRIEF**

Appellant, Alfred Bourgeois, an indigent federal prisoner under sentence of death, moves for an unopposed sixty day extension of time for the filing of his Application for a Certificate of Appealability ("COA") and supporting Brief. In support of this Motion, he states the following:

1. This is a § 2255 capital habeas corpus appeal. The District Court denied Mr. Bourgeois' § 2255 Motion and denied a Certificate of Appealability. Mr. Bourgeois has filed a notice of appeal.

1

2.	This Court's initial briefing schedule required Appellant to file his application for COA and supporting brief by November 28, 2011.  After receiving a thirty day extension of the initial briefing schedule, Mr. Bourgeois' filings are currently due by December 28, 2011.

3.	Undersigned counsel's notification of the initial briefing schedule was delayed because the scheduling order was inadvertently mailed to counsel's prior business address in Texas (where he had not practiced in over twelve (12)  years).  Counsel's former employer forwarded the Court's notice, but undersigned counsel only received it on November 3, 2011, over two weeks after the October 18, 2011, Notice was issued.[1]

4.	After filing the notice of appeal in this matter, lead counsel for Appellant, Michael Wiseman, Esq., resigned his position with the Federal Community Defender and withdrew as counsel for Mr. Bourgeois.  New co-counsel from the Federal Community Defender, Jennifer Givens, Esq., has been assigned to assist the

---

[1]While undersigned counsel's initial admission to this Court occurred years ago while working for his former employer in Texas, counsel renewed his expired admission in September of this year, thereby updating his office address. Counsel's recent request for admission was granted on September 21, 2011, almost a month before the Court's October 18 scheduling notice was issued. Subsequent to his re-admission, counsel also updated his address on the Court's Electronic Case Filing (ECF) system, which should prevent any future notification problems.

undersigned with researching, writing, and editing Appellant's application for COA and supporting brief. Co-counsel is currently familiarizing herself with the voluminous record in this case.

5. Counsel have endeavored to adhere to the current briefing schedule. However, due to the size and complexity of the record and issues before this Court, the inadvertent delay in notifying counsel of the original briefing schedule, the withdrawal of lead counsel, the recent assignment of new co-counsel who must review a record of considerable size, counsel's on-going responsibilities in other capital habeas corpus matters, and familial holiday obligations surrounding the current December 28 due date, counsel respectfully request a sixty (60) day extension of time in which to file Appellant's application for COA and supporting brief. This extension is necessary to allow counsel to file a professionally competent COA application and brief that will assist the Court in its review and resolution of the complex issues in this important capital matter.

6. Undersigned counsel has communicated with counsel for the Appellee, Renata Gowie, Esq., Chief, Appellate Unit, Office of the United States Attorney, who indicated that Appellee is not opposed this request.

WHEREFORE, Appellant Bourgeois respectfully requests that this Court grant

the requested 60-day extension of time and permit him to file his application for COA

and supporting brief on or before Monday, February 27, 2012.

Respectfully Submitted,

/s/ Victor J. Abreu

_____

Victor J. Abreu
Supervising Assistant Federal Defender
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Victor_Abreu@fd.org

Dated:      Philadelphia, PA
            December 13, 2011

**CERTIFICATE OF SERVICE**

I, Victor J. Abreu, hereby certify that on this 13th day of December, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Victor J. Abreu

_____

Victor J. Abreu
Supervising Assistant Federal Defender
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Victor_Abreu@fd.org