# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 14, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-70024   USA v. Alfred Bourgeois
    USDC No. 2:07-CV-223
    USDC No. 2:02-CR-216

The court has granted an extension of time to and including February 27, 2012 to comply with the certificate of appealability requirements.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By:_____
           Monica R. Washington, Deputy Clerk
           504-310-7705

Mr. Victor Julio Abreu Jr.
Ms. Renata Ann Gowie