No. 11-70024

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

ALFRED BOURGEOIS,
*Petitioner-Appellant,*

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the United States District Court
for the Southern District of Texas

_____

**APPELLANT'S UNOPPOSED MOTION FOR
A FOUR-DAY EXTENSION OF TIME FOR FILING HIS APPLICATION FOR A
CERTIFICATE OF APPEALABILITY AND SUPPORTING BRIEF**

Appellant, Alfred Bourgeois, an indigent federal prisoner under sentence of death, moves for an unopposed four day extension of time for the filing of his Application for a Certificate of Appealability ("COA") and supporting Brief. In support of this Motion, he states the following:

1. Appellant's COA Application and Brief in Support are currently due on Monday, February 27, 2010. Counsel have endeavored to adhere to the current briefing schedule. However, counsel are still diligently editing the brief in an attempt

1

to comply with the Court's 14,000 word limit. Despite their best efforts, counsel must request a short extension of time.

2. The size of the record in this case make counsel's endeavors exceedingly difficult and time-consuming. The 2255 evidentiary hearing lasted over six days and multiple depositions were taken by the parties. The transcripts of the lower court proceedings are lengthy.

3. Additionally, the district court's Memorandum Opinion denying relief was 225 pages. Appellant has significantly winnowed his claims on appeal, but the issues upon which Appellant will seek a COA are extremely fact-intensive and legally complex.

4. In his request for a COA, Appellant must set forth sufficient facts and law in order to demonstrate a "substantial showing of the denial of a constitutional right," (28 U.S.C. § 2253(c)(2)), must highlight the district court errors and must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 483-84 (2000). Although counsel believes their client meets this burden, the exceedingly complex nature of the few claims upon which Appellant intends to seek a COA demands that counsel request additional time to draft a brief that meets the high standards expected by this Court.

5.      Accordingly, Appellant seeks a 4-day extension of time in which to file his COA Application and Supporting Brief.

6.      Undersigned counsel has communicated with counsel for the Appellee, Renata Gowie, Esq., Chief, Appellate Unit, Office of the United States Attorney, who indicated that Appellee is <u>not</u> opposed this request.

WHEREFORE, Appellant Alfred Bourgeois respectfully requests that this Court grant the requested 4-day extension of time and permit him to file his application for COA and supporting brief on or before Friday, March 2, 2012.



Respectfully Submitted,


/s/ Victor J. Abreu

_____
Victor J. Abreu
Supervising Assistant Federal Defender
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Victor_Abreu@fd.org


Dated: February 23, 2012

**CERTIFICATE OF SERVICE**

I, Victor J. Abreu, hereby certify that on this 23rd day of February, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Victor J. Abreu

_____
Victor J. Abreu
Supervising Assistant Federal Defender
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Victor_Abreu@fd.org