# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 11-70024

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ALFRED BOURGEOIS,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

O R D E R :

    IT IS ORDERED that appellant's unopposed motion for an extension of time to and including March 2, 2012, is DENIED AS MOOT.

/s/ E. GRADY JOLLY

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE