*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 01, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-70024   USA v. Alfred Bourgeois
    USDC No. 2:07-CV-223
    USDC No. 2:02-CR-216

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By:_____
        Monica R. Washington, Deputy Clerk
        504-310-7705

Mr. Victor Julio Abreu Jr.
Ms. Jennifer L. Givens
Ms. Renata Ann Gowie