# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 11-70024

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ALFRED BOURGEOIS,

Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

O R D E R :

IT IS ORDERED that appellant's motion for leave to file motion for certificate of appealability in excess of word limitation, but not to exceed 19,653 words is GRANTED

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE