# 11-70024

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALFRED BOURGEOIS
Petitioner-Appellant

v.

UNITED STATES OF AMERICA
Respondent-Appellee,

On Appeal from the Denial of Petition for Writ of Habeas Corpus
by the United States District Court For the Southern District of Texas
Corpus Christi Division, C.A No. C-07-223 (Crim. Action No. C-02-216)

## UNITED STATES' UNOPPOSED MOTION FOR FIFTY-EIGHT (58) DAY EXTENSION OF TIME TO FILE RESPONSIVE BRIEF

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

The United States of America, by and through the United States Attorney for the Southern District of Texas, respectfully requests that this Court grant its motion for a fifty-eight (58) day extension of time to file its responsive brief in this cause. In support of this motion, the United States would show the following:

I.

On February 27, 2012, Petitioner Bourgeois filed an Application for Certificate of Appealability and Brief in Support. The appellate docket sheet contains an entry setting a response due date of April 2, 2012. Unfortunately, the United States was not aware of this due date until our Criminal Appellate Division received an email on April 3, 2012, stating that the United States' response was past due. After informing this Court that the United States was unaware of the initial due date, the United States was granted "an extension" making our new due date May 2, 2012.

II.

On April 3, 2012, undersigned counsel agreed to draft and file the United States' response in this matter. Petitioner's Application for COA is a 90-page pleading raising three complex issues that have been in litigation for several years. Between April 3, 2012, and the present, undersigned counsel has had to handle a large volume of managerial issues and has been out of the office on a number of occasions preventing undersigned counsel from completing the review necessary to address the issues raised.

Moreover, during the habeas process, the United States divided the various issues among four different Assistant United States Attorneys (AUSA). Unfortunately, the AUSA who was primarily responsible during the habeas process

for one of the issues raised in this application for a COA is in the process of leaving our office to become a judge. His departure will now required undersigned counsel to give additional time to that particular issue.

One additional factor contributing to the need of additional time is that our entire Houston United States Attorney's Office is relocating to a new building in downtown Houston. The move will take place over several days or weeks near the end of May 2012 and beginning of June 2012. This move will be very disruptive to the flow of work in our office and will create many complications in our ability to complete and finalize pleadings. This will include multiple interruptions to our computer access. In addition to the disruption of the move, undersigned counsel will be required to perform military duty during May 2012, and for various reasons will be absent from the office for a total of two to three weeks over the next 30 days.

In order to properly complete the review and analysis of all three issues and file a thorough response, undersigned counsel requests an additional fifty-eight (58) days to complete the United States' response. While this request is technically a "second request for an extension," it is actually the first extension requested by the United States. As such, the United States herein requests an additional fifty-eight (58) days in which to complete its brief, making the United States' brief due on June 29, 2012.

III.

Undersigned counsel contacted Assistant Federal Defenders Victor J. Abreu and Jennifer Givens, counsel of record for the petitioner-appellant, on April 27, 2012. They are not opposed to the granting of this extension. This request for extension is made to allow the United States to complete its review and briefing, and not for purposes of delay.

IV.

FOR THESE REASONS, the United States requests this Court grant this motion for an additional fifty-eight (58) days to file its Appellee's Brief and set the new due date for our response to June 29, 2012.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: _____
TONY R. ROBERTS
Executive Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208
(713) 567-9810

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I, Tony R. Roberts, Executive Assistant United States Attorney, hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Brief, was served by placing the same in the United States Mail, postage prepaid, on April 30, 2012, addressed to:

Victor J. Abreu
Jennifer Givens
Assistant Federal Defenders
Federal Community Defender Office
Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106

TONY R. ROBERTS
Executive Assistant United States Attorney