# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 01, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-70024   USA v. Alfred Bourgeois
    USDC No. 2:07-CV-223
    USDC No. 2:02-CR-216

The court has granted an extension of time to and including June 29, 2012 for filing appellee's response to appellant's motion for certificate of appealability in this case.

    Sincerely,

    LYLE W. CAYCE, Clerk

By:_____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. Victor Julio Abreu Jr.
Ms. Jennifer L. Givens
Ms. Renata Ann Gowie
Mr. Tony Ray Roberts