**11-70024**

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

ALFRED BOURGEOIS
Petitioner-Appellant

v.

UNITED STATES OF AMERICA
Respondent-Appellee,

_____

On Appeal from the Denial of Petition for Writ of Habeas Corpus
by the United States District Court For the Southern District of Texas
Corpus Christi Division, C.A No. C-07-223 (Crim. Action No. C-02-216)

_____

**UNITED STATES' UNOPPOSED MOTION FOR TEN (10) DAY
EXTENSION OF TIME TO FILE RESPONSIVE BRIEF**

_____

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR
THE FIFTH CIRCUIT:

The United States of America, by and through the United States

Attorney for the Southern District of Texas, respectfully requests that this

Court grant its motion for a ten (10) day extension of time to file its

responsive brief in this cause.  In support of this motion, the United States

would show the following:

## I.

On February 27, 2012, Petitioner Bourgeois filed an Application for Certificate of Appealability and Brief in Support. The appellate docket sheet contains an entry setting a response due date of April 2, 2012. Unfortunately, the United States was not aware of this due date until after the due date. As such, this Court extended the United States initial due date to May 2, 2012. On April 30, 2012, the United States filed a motion for an additional extension of time, and this Court granted that motion on May 1, 2012, setting the current due date at June 29, 2012.

## II.

Petitioner's Application for COA is a 90-page pleading raising three complex issues from a capital case which has been in litigation since 2003. The Record on Appeal for the habeas proceedings is over 6,000 pages and does not even contain the transcripts and evidence from the original trial. Due to the voluminous record and the need to review transcripts and evidence from the trial and the direct appeal, it has taken undersigned counsel longer than anticipated to review and respond to the arguments raised.

During the time between the initial due date and the current due date, undersigned counsel was out of the country for an extended period of time. Undersigned counsel returned to the office at the time in which the entire Houston United States Attorney's Office was relocating to a new building in downtown Houston. As expected, the move has caused major delays in accomplishing even routine tasks within our office. The travel requirements, the office move, and Undersigned Counsel's other duties, all contributed to Undersigned Counsel's inability to fully complete and file the United States' response by the current due date.

The United States pleading is near completion and could be finalized and prepared for filing in the next few business days. However, the middle of next week is July 4, 2012, and our office will be minimally staff during that week. As such, in an effort not to necessitate an additional request for an extension, this request seeks 10 additional days in which to file the United States' pleading. This request is technically a "third request for an extension," and it will be the final request. Thus, the United States herein requests an additional ten (10) days in which to complete, finalize, and file its brief, making the United States' brief due on Monday, July 9, 2012.

III.

Undersigned counsel contacted Assistant Federal Defenders Victor J. Abreu and Jennifer Givens, counsel of record for the petitioner-appellant, regarding this motion for extension. They are not opposed to the granting of this extension. This request for extension is made to allow the United States to complete its review and briefing, and not for purposes of delay.

IV.

FOR THESE REASONS, the United States requests this Court grant this final motion for an additional ten (10) days to file its Appellee's Brief and set the new due date for our response to July 9, 2012.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By:  s/ Tony R. Roberts
TONY R. ROBERTS
Executive Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208
(713) 567-9810

ATTORNEYS FOR APPELLEE

4

# <u>CERTIFICATE OF SERVICE</u>

I, Tony R. Roberts, Executive Assistant United States Attorney, hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Brief, was served by placing the same in the United States Mail, postage prepaid, on <u>June 28, 2012</u>, addressed to:

Victor J. Abreu
Jennifer Givens
Assistant Federal Defenders
Federal Community Defender Office
Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106


<u>s/ Tony R. Roberts</u>
TONY R. ROBERTS
Executive Assistant United States Attorney