# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 03, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-70024   USA v. Alfred Bourgeois
    USDC No. 2:07-CV-223
    USDC No. 2:02-CR-216

The court has granted an extension of time to and including July 9, 2012 for filing response to application for certificate of appealability in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By:_____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

Mr. Victor Julio Abreu Jr.
Ms. Jennifer L. Givens
Ms. Renata Ann Gowie
Mr. Tony Ray Roberts