IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 11-70024

_____

ALFRED BOURGEOIS

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,
Respondent-Appellee,

_____

On Appeal from the Denial of Petition for Writ of Habeas Corpus
by the United States District Court For the Southern District of Texas
Corpus Christi Division, C.A No. 2:07-cv-223 (Crim. No. 2:02-cr-00216)

_____

<u>UNOPPOSED MOTION FOR LEAVE TO EXTEND WORD LIMIT</u>

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

The United States of America, hereinafter, "the government", by and through the United States Attorney for the Southern District of Texas, files this motion for leave to file brief in excess of word limit, and in support thereof would show the court the following:

## I.

Alfred Bourgeois ("Bourgeois") was conviction for capital murder (unlawful killing with premeditation and malice aforethought) in violation of 18 U.S.C. §§ 7 and 1111. The jury sentenced him to death for murdering his two-year-old daughter after severely abusing her for approximately six-weeks. After this Court affirmed the conviction and sentence, Bourgeois filed a motion under 28 U.S.C. § 2255. The district court held an extensive evidentiary hearing and denied relief. Bourgeois is now requesting this Court grant a COA.

## II.

Bourgeois' pleading was 19,653 words. The government did not oppose his motion to exceed the word limit. Undersigned counsel has completed the government's brief in response and determined that it is approximately 4,000 words over the 14,000 word limit. The additional words are needed to include facts from both the original trial and the extensive habeas proceedings. The extra words are also necessary to fully respond to Bourgeois' lengthy pleading in which he raised three complex

issues that required reference to multiple sets of transcripts and evidentiary documents. The government believes that the additional words are needed to facilitate this Court's review of the issues presented in this request for a certificate of appellability (COA).

III.

Undersigned counsel contacted Mr. Victor Abreu and Ms. Jennifer Givens, counsel for Bourgeois. They are not opposed to this motion. Undersigned counsel makes this motion so that justice may be done.

The United States prays that this Court file an order granting it leave to file an over-sized brief.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney


By:  s/ Tony R. Roberts
TONY R. ROBERTS
Assistant United States Attorney

3

<u>CERTIFICATE OF SERVICE</u>

I, Tony R. Roberts, Assistant United States Attorney, hereby certify that a true and correct copy of the foregoing Motion to Exceed Word Limit, including an electronic copy of the same as required by 5th Circuit R. 31.1, has been served by placing the same in the United States Mail, postage prepaid, on this day, 9 July 2012, addressed to:

Victor J. Abreu
Jennifer Givens
Assistant Federal Defenders
Federal Community Defender Office
Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106

s/ Tony R. Roberts
TONY R. ROBERTS
Assistant United States Attorney