# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 10, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 11-70024    USA v. Alfred Bourgeois
        USDC No. 2:07-CV-223
        USDC No. 2:02-CR-216

The court has granted appellee's motion for leave to file response/opposition to application for certificate of appealability in excess of 14,000 words, but not to exceed 18,222 words.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. Victor Julio Abreu Jr.
Ms. Jennifer L. Givens
Ms. Renata Ann Gowie
Mr. Tony Ray Roberts