No. 11-70024

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

ALFRED BOURGEOIS,
*Petitioner-Appellant*,

v.

UNITED STATES OF AMERICA,
*Respondent-Appellee.*

_____

On Appeal from the Denial of Petition for Writ of Habeas Corpus by the
United States District Court for the Southern District of Texas
(CAPITAL CASE)

_____

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN
SUPPORT OF HIS APPLICATION FOR CERTIFICATE OF APPEALABILITY**

_____


Victor J. Abreu
Jennifer Givens
Assistant Federal Defenders
Federal Community Defender Office
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Counsel for Appellant

Appellant Alfred Bourgeois respectfully moves for leave, with the Government's consent, to file a Reply Brief in further support of his Application for Certificate of Appealability. In support of this Motion, he states the following:

1. On February 27, 2012, Mr. Bourgeois filed his Application for Certificate of Appealability and Brief in Support. This Court granted Mr. Bourgeois's unopposed motion for leave to file an Application and Brief containing 19,653 words – over the limit set forth by Federal Rule of Appellate Procedure 32 and 5th Circuit Local Rule 32.4.

2. On July 9, 2012, the United States of America filed its Brief of Respondent-Appellee. This Court granted the Government's unopposed motion for leave to file a Brief containing 18,222 words – also over the limit set forth by the applicable rules.

3. Upon the consent of the parties, this Court permitted multiple extensions of time for each party's submission.

4. Due to the complexity of the issues in this capital case, Appellant has spent considerable time reviewing the arguments in the Government's Brief and the extensive record in this case. Appellant now requests leave to file a Reply Brief addressing those arguments.

5. This Reply is intended to assist the Court in its consideration of the important and complicated issues presented by this Capital case.

6. Undersigned counsel contacted counsel for the Appellee, Tony R. Roberts, Executive Assistant United States Attorney, who stated that Appellee is not opposed to this request.

WHEREFORE, Appellant respectfully requests that this Court grant leave to file a Reply. The proposed Reply Brief is being filed simultaneously with this Motion.

Respectfully Submitted,

/s/ Victor J. Abreu
Victor J. Abreu
Supervising Assistant Federal Defender
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Victor_Abreu@fd.org

# Certificate of Service

I, Victor J. Abreu, hereby certify that on this 16th day of August, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I served Assistant United States Attorney Renata Gowie, Counsel for Respondent-Appellee, by providing electronic service through ECF on this date.

/s/ Victor J. Abreu

Victor J. Abreu
Supervisory Assistant Federal Defender
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Victor_Abreu@fd.org