# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 11-70024

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ALFRED BOURGEOIS,

Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

ORDER:

IT IS ORDERED that appellant's unopposed motion for leave to file a reply to response to application for certificate of appealability is  GRANTED

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE