# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 05, 2013

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

> No. 11-70024,    USA v. Alfred Bourgeois
>        USDC No. 2:07-CV-223
>        USDC No. 2:02-CR-216

Dear Mr. Bradley:

Enclosed is a copy of an opinion-order entered on 08/05/2013.  We have closed the case in this court.

We will forward the record on appeal at a later date.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Joseph M. Armato, Deputy Clerk
504-310-7651

Enclosure(s)

cc:  Honorable Janis Graham Jack
     Mr. Victor Julio Abreu Jr.
     Ms. Jennifer L. Givens
     Ms. Renata Ann Gowie