*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 19, 2013

Mr. Victor Julio Abreu Jr.
Federal Commmunity Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Curtis Center
Suite 545 West
Philadelphia, PA 19106-0000

Ms. Jennifer L. Givens
Federal Commmunity Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Curtis Center
Suite 545W
Philadelphia, PA 19106-0000

        No. 11-70024    USA v. Alfred Bourgeois
                        USDC No. 2:07-CV-223
                        USDC No. 2:02-CR-216

Dear Counsel:

You must submit the 20 paper copies of your rehearing en banc required by  5th Cir. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

cc:  Ms. Renata Ann Gowie