# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 11-70024

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ALFRED BOURGEOIS,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

---

## ON PETITION FOR REHEARING EN BANC

(Opinion 8/5/13, 5 Cir., _____, _____, F.3d _____ )

Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:

Treating the Petition for Rehearing En Banc as a Petition for Panel
Rehearing, the Petition for Panel Rehearing is DENIED. No member of
the panel nor judge in regular active service of the court having
requested that the court be polled on Rehearing En Banc (FED. R. APP.
P. and 5ᵀᴴ CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

( )  Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED.  The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

ENTERED FOR THE COURT:

_____
United States Circuit Judge