# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 10, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No.11-70024    USA v. Alfred Bourgeois
                     USDC No.2:07-CV-223
                     USDC No.2:02-CR-216

Enclosed is an order entered in this case.


              Sincerely,

              LYLE W. CAYCE, Clerk

              By: _____
              Monica R. Washington, Deputy Clerk
              504-310-7705

Mr. Victor Julio Abreu Jr.
Ms. Jennifer L. Givens
Ms. Renata Ann Gowie