# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 24, 2014

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Alfred Bourgeois
v. United States
No. 13-8397
(Your No. 11-70024)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 8, 2014 and placed on the docket January 24, 2014 as No. 13-8397.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst