# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 07, 2014

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

    No. 11-70024   USA v. Alfred Bourgeois
                    USDC No. 2:07-CV-223
                    USDC No. 2:02-CR-216

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Charlene A. Vogelaar, Deputy Clerk
            504-310-7648